N. Santini & Compañía, Demandante y Apelante *v.* Santini, Demandado y Apelado.

Apelación procedente de la Corte de Distrito de San Juan, Sección Segunda, en pleito sobre indemnización por daños y perjuicios (memorándum de costas). Moción para que se desestime la apelación.

No. 3110.—Resuelto en enero 31, 1924.

Memorándum de Costas—Transcripción Incompleta—Desestimación de Apelación.—La apelación de una resolución fijando el importe de un memorándum de costas debe ser desestimada cuando la transcripción elevada no contiene la sentencia que condenó en costas al apelante.

Los hechos están expresados en la opinión.

Abogados de la apelante: *Sres. Llorens Torres y Arroyo.*

Abogado del apelado: *Sr. A. L. López.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

Uno de los motivos en que se funda la parte apelada para que desestimemos esta apelación interpuesta contra resolución de la corte de distrito fijando la cantidad que debe ser pagada como consecuencia de un memorándum de costas es, que la transcripción de la apelación que nos ha presentado el apelante no contiene la sentencia en que se funda dicho memorándum de costas.

No existe en efecto en la transcripción que se nos ha pre-

sentado la sentencia que condena al apelante al pago de los costas.    Sin tal sentencia ante nosotros carecemos de un récord suficiente para resolver las cuestiones sometidas y la apelación por tanto debe ser desestimada, según dijimos en el caso de *Compañía Azucarera del Toa* v. *Galán et al.*, 30 D. P. R. 199.

Por tal motivo la apelación debe ser desestimada.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente del Toro y Asociado Wolf.

El Juez Asociado Sr. Hutchison firmó ''Conforme con la resolución.''

El Juez Asociado Sr. Franco Soto no intervino en la resolución de este caso.